NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KIM P. BLYTHE,**
*Claimant-Appellant*

**v.**

**ROBERT WILKIE, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

---

2018-1764

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 17-0869, Judge Amanda L. Meredith.

---

**JUDGMENT**

---

MARK RYAN LIPPMAN, The Veterans Law Group, La Jolla, CA, argued for claimant-appellant.

ALEXANDER ORLANDO CANIZARES, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by ROBERT EDWARD KIRSCHMAN, JR., LOREN MISHA PREHEIM, JOSEPH H. HUNT; CHRISTOPHER O.

ADELOYE, Y. KEN LEE, Office of General Counsel, United States Department of Veterans Affairs, Washington, DC.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* NEWMAN and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 7, 2019              /s/ Peter R. Marksteiner
        Date                       Peter R. Marksteiner
                                   Clerk of Court